**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR(S) INFORMATION:**
Teresa Maria Andres
**SSN:** xxx–xx–6351
**EIN:** N/A

1486 N. Fairvalley Ave.
Covina, CA 91722

**BANKRUPTCY NO.** 2:08–bk–14361–VZ
**CHAPTER** 13

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 19, 2008

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13a VAN–150) (04/08)

**15 / SP3**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2          User: spetersC              Page 1 of 1           Date Rcvd: Jun 19, 2008
Case: 08-14361                Form ID: van150             Total Served: 25

The following entities were served by first class mail on Jun 21, 2008.
 db           +Teresa Maria Andres,    1486 N. Fairvalley Ave.,    Covina, CA 91722-2031
 aty          +Makoto Shuttleworth,    Price Law Group, APC,    15760 Ventura Blvd Ste 1100,
                Encino, CA 91436-3044
 aty          +Nicolas A Daluiso,    705 Second Ave Ste 1700,    Seattle, WA 98104-1795
 tr           +Nancy K Curry,    606 South Olive Street, Suite 1850,    Los Angeles, CA 90014-1638
 smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
 smg           Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
 smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
 ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
 cr           +SAXON MORTGAGE SERVICES, INC,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
20056665       AT&T,    P.O. Box 78628,    Phoenix, AZ 85062-8628
20056666       County Of Los Angeles,    Treasurer-Tax Collector,    2615 S. Grand Ave.,    P.O. Box 3191,
                Los Angeles, CA 90051-1191
20056667       Dell Financial Services,    P.O. Box 4125,    Carol Stream, IL 60197-4125
20056668      +Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5176
20311973       FRANCHISE TAX BOARD,    SPECIAL PROCEDURES,    PO BOX 2952,    SACRAMENTO, CA 95812-2952
20056669      +Franchise Tax Board,    Bankruptcy Unit,    P.O. Box 942867,    Sacramento, CA 94267
20056670      +Law office of Joseph M. Galosic,    26632 Town Center Dr. Ste 300,    Foothill Ranch, CA 92610-2814
20056671      +Nancy Curry,    606 South Olive Street,    Suite 1850,    Los Angeles, CA 90014-1638
20056672      +Pacific Realty,    c/o Law office of Joseph M. Galosic,    26632 Town Center Dr. Ste 300,
                Foothill Ranch, CA 92610-2814
20056673      +Parsons Church Group,    11204 Davenport St. Ste 100,    Omaha, NE 68154-2658
20056674       RMS Inc.,    PO Box 818,    Lombard, IL 60148-0818
20103150      +Saxon Mortgage,    4708 Mercantile Dr.,    Fort Worth, TX 76137-3605
20056675      +Saxon Mortgage Services,    P.O. Box 161489,    Fort Worth, TX 76161-1489
20056676      +Superior Court of CA-Pomona,    350 W. Mission Boulevard,    Case no.:,    Pomona, CA 91766-1607
20056677       Tribute,    P.O. Box 136,    Newark, NJ 07101-0136
20107963      +U S DEPT OF HUD,    52 CORPORATE CIRCLE,    ALBANY, NY 12203-5166

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2008**          **Signature:** _Joseph Speetjens_